...niel W. Phoenix
...10078
...ate Farm Corr. Center
...00 Woods Way
...ate Farm VA 23160

RECEIVED
JAN 17 2025
MAILROOM

US POSTAGE
ZIP 23160  $002.59⁰
02 4W
0000373185 JAN 17. 2025

U.S. District Court
Attn: Clerk
701 East Broad Street, Suite 3000
Richmond, VA 23219

23219$3528 C001

...sal Mail



THE VIRGINIA DEPARTMENT OF CORRECTIONS HAS NEITHER CENSORED NOR INSPECTED THIS ITEM. THEREFORE THE DEPARTMENT DOES NOT ASSUME RESPONSIBILITY FOR ITS CONTENTS. STATE FARM CORRECTIONAL COMPLEX.