IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DANIEL W. PHOENIX,

    **Plaintiff,**

v.                                              Civil Action No. 3:23cv316

HAROLD W. CLARKE, *et al.*,

    **Defendants.**

## MEMORANDUM OPINION

Plaintiff, a Virginia inmate proceeding *pro se*, filed this civil action under 42 U.S.C. § 1983. The matter is before the Court on Plaintiff's failure to serve Defendant F-NP Fairington within the time required by Federal Rule of Civil Procedure 4(m). Rule 4(m) provides:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. This subdivision (m) does not apply to service in a foreign country under Rule 4(f) or 4(j)(1).

Fed. R. Civ. P. 4(m).

Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff had 90 days to serve Defendants. Here, that period commenced on February 18, 2025. (ECF No. 41.) Plaintiff failed to serve Defendant F-NP Fairington within that time. Accordingly, by Memorandum Order entered on July 1, 2025, the Court directed Plaintiff to show good cause for his failure to timely

serve F-NP Fairington. More than thirty (30) days have elapsed, and Plaintiff has not filed a response.[1]

Accordingly, all claims against Defendant F-NP Fairington will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order will accompany this Memorandum Opinion.

Date: 8/25/25  
Richmond, Virginia

/s/  
M. Hannah Lauck  
United States District Judge

---

[1] The United States Postal Service returned the July 1, 2025 Memorandum Order to the Court because Plaintiff was no longer residing at that address. (ECF No. 61.) Accordingly, on July 10, 2025, the Court mailed the July 1, 2025 Memorandum Order to Plaintiff's updated address. More than thirty (30) days have elapsed since that time and Plaintiff has not responded.